# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 08-5111                                    September Term 2010

1:03-cv-00948-RCL

**Filed On:** August 31, 2011

David M. Bowie,

       Appellant

    v.

Charles C. Maddox, Inspector General, in his
official and individual capacity, et al.,

       Appellees

**BEFORE:**    Sentelle, Chief Judge, Brown, Circuit Judge, and Williams, Senior
            Circuit Judge

## O R D E R

Upon consideration of appellant's petition for rehearing en banc which, because it seeks relief under Rules 35 and 40 of the Federal Rules of Appellate Procedure, we construe as a petition for panel rehearing and for rehearing en banc, it is

**ORDERED** that the petition for panel rehearing be denied for the reasons set forth in the accompanying opinion.

**Per Curiam**

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:    /s/
             Jennifer M. Clark
             Deputy Clerk